UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE E. FALU-MENDOZA, ) | Civil No. 07CV0369 JAH (JMA) |
| Petitioner, ) | **ORDER DENYING CERTIFICATE** |
| v.  ) | **OF APPEALABILITY** |
| J.W. SULLIAVAN, Warden, et al., ) | |
| Respondents. ) | |

On April 18, 2007, this Court entered judgment dismissing the instant petition for writ of habeas corpus brought by petitioner pursuant to 28 U.S.C. § 2254. On June 18, 2007, petitioner filed a Notice of Appeal. Although petitioner does not expressly seek a certificate of appealability, this Court *sua sponte* considers whether a certificate of appealability should be granted. *See* Fed.R.App.P. 22(b); United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997)("If no express request is made for a certificate of appealability, the notice of appeal shall be deemed to constitute a request for certificate).

A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this threshold showing, petitioner must show that: (1) the issues are debatable among jurists of reason; or (2) that a court could resolve the issues in a different manner; or (3) that the questions are adequate to deserve encouragement to proceed further. Lambright v. Stewart, 220 F.3d 1022, 1024-25 (9th Cir. 2000)(citing Slack v. McDaniel, 529 U.S. 473 (2000) and Barefoot v. Estelle, 463 U.S. 880 (1983)).

1       Here, the Court dismissed petitioner's writ of habeas corpus because the Court is barred 2 from considering the claims by the abstention doctrine announced in <u>Younger v. Harris</u>, 401 3 U.S. 37 (1971), which require federal courts to not interfere with ongoing state criminal 4 proceedings absent extraordinary circumstances. Petitioner having admitted in his petition that 5 no decision on his direct appeal before the California Court of Appeal had been rendered at the 6 time he filed his federal habeas petition, and having found no extraordinary circumstances 7 existed which would relieve the Court of its obligation to abstain from interfering with the state 8 court proceedings, this Court dismissed the petition without considering the merits of 9 petitioner's claims. Under these circumstances, this Court finds that a certificate of 10 appealability is not warranted because the decision to abstain in this case is not an issue 11 debatable among jurists of reason nor could any other court resolve the issue in a different 12 manner. <u>Lambright</u>, 220 F.3d at 1024-25. Accordingly, this Court **DENIES** a certificate of 13 appealability as to the claims presented in the instant petition.

15 Dated:       June 21, 2007

                                      */s/ John A. Houston*
                                      HON. JOHN A. HOUSTON
                                      United States District Judge